1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA ELENA GARCIA,                       Case No.  1:21-cv-01043-ADA-HBK

12                   Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS, GRANTING
13          v.                                  PLAINTIFF'S MOTION FOR SUMMARY
                                                JUDGMENT, DENYING DEFENDANT'S
14   COMMISSIONER OF SOCIAL                     CROSS-MOTION FOR SUMMARY
     SECURITY,                                  JUDGMENT, AND REMANDING THE
15                                              CASE TO THE COMMISSIONER OF
                     Defendant.                 SOCIAL SECURITY
16
                                                (ECF Nos. 18, 19, 20)
17

18          Plaintiff Maria Elena Garcia ("Plaintiff") initiated this action seeking judicial review of a

19   final decision of the Commissioner of Social Security denying her application for supplemental

20   security income and disability insurance benefits under the Social Security Act.  (ECF No. 1.)  This

21   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

22   Local Rule 302.

23          On September 27, 2022, Plaintiff filed a motion for summary judgment, (ECF No. 18), and

24   on November 14, 2022, Defendant filed a cross-motion for summary judgment, (ECF No. 19).  On

25   June 29, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending

26   that the Court grant Plaintiff's motion for summary judgment, deny Defendant's cross-motion for

27   summary judgment, and remand the case for further administrative proceedings.  (ECF No. 20.)

28   The findings and recommendations contained notice that any objections thereto were due within

fourteen days after service.  (*Id.* at 13.)  No objections have been filed, and the deadline for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on June 29, 2023, (ECF No. 20), are ADOPTED in FULL;

2.  Plaintiff's Motion for Summary Judgment, (ECF No. 18), is GRANTED;

3.  Defendant's Cross-Motion for Summary Judgment, (ECF No. 19), is DENIED;

4.  Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court REVERSES the Commissioner's decision and REMANDS this case back to the Commissioner of Social Security for further proceedings consistent with this Order; and

5.  The Clerk shall enter judgment in favor of Plaintiff, terminate any deadlines, and CLOSE this case.


IT IS SO ORDERED.

Dated:   August 8, 2023                   _____

UNITED STATES DISTRICT JUDGE