UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No.  1:21-cv-01043-ADA-HBK (SS)<br><br>ORDER REASSIGNING CASE<br><br>**NEW CASE NO.: 1:21-cv-01043-HBK** |

    All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (ECF Nos. 5, 23.)

    Accordingly, this Court reassigns the action to United States Magistrate Judge Helena M. Barch-Kuchta for all further proceedings.  All future papers in this action shall bear the new case number:

**1:21-cv-01043-HBK**

IT IS SO ORDERED.

    Dated:   November 13, 2023

UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28